B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re   Maywood Park Trotting Association, Inc.   Case No.
                                         Debtor(s)   Chapter    11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| ARLINGTON PARK INTERNATIONAL RACE COURSE<br>2200 W. EUCLID AVE<br>ARLINGTON HEIGHTS, IL 60005 | Dan Peters<br>ARLINGTON PARK INTERNATIONAL RACE COURSE<br>2200 W. EUCLID AVE<br>ARLINGTON HEIGHTS, IL 60005<br>847-385-7500 | 2014 HOST TRACK EXPENSES | | 27,746.03 |
| CHURCHILL DOWNS<br>600 N HURSTBOURNE PKWY<br>SUITE 400<br>LOUISVILLE, KY 40222-5389 | Tara Stout<br>CHURCHILL DOWNS<br>600 N HURSTBOURNE PKWY<br>SUITE 400<br>LOUISVILLE, KY 40222-5389<br>502-636-4425 | SETTLEMENT & SIMULCAST FEES | | 116,066.48 |
| COOK COUNTY COLLECTOR<br>PO BOX 641847<br>CHICAGO, IL 60664-1847 | Maria Pappas<br>COOK COUNTY COLLECTOR<br>PO BOX 641847<br>CHICAGO, IL 60664-1847<br>312-603-6870 | 1 % HANDLE TAX FOR ILLOTB/itw taxes/taxes | | 69,000.00 |
| DEL MAR THOROUGHBRED CLUB<br>2260 JIMMY DURANTE BLVD<br>DEL MAR, CA 92014 | Laurie McKee<br>DEL MAR THOROUGHBRED CLUB<br>2260 JIMMY DURANTE BLVD<br>DEL MAR, CA 92014<br>858-794-1063 | SETTLEMENT & SIMULCAST FEES | | 21,298.50 |
| DELTA DOWNS<br>2717 DELTA DOWNS DR<br>VINTON, LA 70668 | Mary Migues<br>DELTA DOWNS<br>2717 DELTA DOWNS DR<br>VINTON, LA 70668<br>337-589-9056 | SETTLEMENT & SIMULCAST FEES | | 45,493.78 |
| Des Plaines Development LP<br>c/o Robert M. Andalman<br>A & G Law LLC<br>542 S. Dearborn St., 10th Floor<br>Chicago, IL 60605 | c/o Robert M. Andalman<br>Des Plaines Development LP<br>A & G Law LLC<br>542 S. Dearborn St., 10th Fl.<br>Chicago, IL 60605<br>312-341-3900 | Litigation/Stayed Judgment | Disputed | 21,801,000.00 |

B4 (Official Form 4) (12/07) - Cont.

In re  Maywood Park Trotting Association, Inc.  
_____  
Debtor(s)

Case No. _____

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| DuPage County Treasurer<br>421 N. County Farm Rd.<br>Wheaton, IL 60189-0787 | Gwen Henry<br>DuPage County Treasurer<br>421 N. County Farm Rd.<br>Wheaton, IL 60189-0787<br>630-407-5900 | 1% Handle Tax For ILLOTB | | 24,500.00 |
| Elgin Riverboat Resort-Riverboat Casino<br>c/o Robert M. Andalman<br>A & G Law LLC<br>542 S. Dearborn St., 10th Floor<br>Chicago, IL 60605 | Elgin Riverboat Resort-Riverboat Casino<br>c/o Robert M. Andalman<br>A & G Law LLC<br>Chicago, IL 60605<br>312-341-3900 | Litigation/Stayed Judgment | Disputed | 26,037,000.00 |
| Empress Casino Joliet Corporation<br>c/o Robert M. Andalman<br>A & G Law LLC<br>542 S. Dearborn St., 10th Floor<br>Chicago, IL 60605 | Empress Casino Joliet Corporation<br>c/o Robert M. Andalman<br>A & G Law LLC<br>Chicago, IL 60605<br>312-341-3900 | Litigation/Stayed Judgment | Disputed | 12,624,000.00 |
| EVANGELINE DOWNS<br>2235 CRESWELL LANE<br>OPELOUSAS, LA 70570 | Del Perry<br>EVANGELINE DOWNS<br>2235 CRESWELL LANE<br>OPELOUSAS, LA 70570<br>337-594-3098 | SETTLEMENT & SIMULCAST FEES | | 21,101.70 |
| HAWTHORNE RACE COURSE<br>3501 SOUTH LARAMIE AVE<br>CICERO, IL 60804 | Pam Nickels<br>HAWTHORNE RACE COURSE<br>3501 SOUTH LARAMIE AVE<br>CICERO, IL 60804<br>708-780-3700 | PURSE & COMM AND 2014 HOST TRACK EXPENSES | | 64,800.00 |
| Hollywood Casino-Aurora, Inc.<br>c/o Robert M. Andalman<br>A & G Law LLC<br>542 S. Dearborn St., 10th Floor<br>Chicago, IL 60605 | Hollywood Casino-Aurora, Inc.<br>c/o Robert M. Andalman<br>A & G Law LLC<br>Chicago, IL 60605<br>312-341-3900 | Litigation/Stayed Judgment | Disputed | 17,358,000.00 |
| NORTHFIELD PARK<br>P.O. BOX 374<br>NORTHFIELD, OH 44067 | Sharon Pratt<br>NORTHFIELD PARK<br>P.O. BOX 374<br>NORTHFIELD, OH 44067<br>330-467-4101 x210 | SETTLEMENT & SIMULCAST FEES | | 58,480.84 |
| OHIO SETTLEMENT AGENT<br>P.O. BOX 374<br>NORTHFIELD, OH 44067 | Ben Moldovan<br>OHIO SETTLEMENT AGENT<br>P.O. BOX 374<br>NORTHFIELD, OH 44067<br>330-467-4101 x2357 | SETTLEMENT & SIMULCAST FEES | | 26,947.33 |

B4 (Official Form 4) (12/07) - Cont.

In re  Maywood Park Trotting Association, Inc.     Case No. _____

                         Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1)<br><br>Name of creditor and complete mailing address including zip code | (2)<br><br>Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3)<br><br>Nature of claim (trade debt, bank loan, government contract, etc.) | (4)<br><br>Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5)<br><br>Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| PARI GLOBAL SOLUTIONS, INC<br>7950 DUBLIN BLVD, SUITE 216<br>DUBLIN, CA 94568 | Laura Nevels<br>PARI GLOBAL SOLUTIONS, INC<br>7950 DUBLIN BLVD, SUITE 216<br>DUBLIN, CA 94568<br>925-307-7039 | SETTLEMENT & SIMULCAST FEES | | 68,833.19 |
| PREMIER GATEWAY INTERNATIONAL<br>4th Floor, Victory House Extension<br>24-28 Prospect Hill<br>United Kingdom<br>DOUGLAS ISLE OF MAN IM1 1EQ | Donna Hughes<br>PREMIER GATEWAY INTERNATIONAL<br>4th Floor, Victory House Extension<br>24-28 Prospect Hill<br>DOUGLAS ISLE OF MAN IM1 1EQ, UK<br>44-1624-722470 | SETTLEMENT & SIMULCAST FEES | | 26,099.21 |
| REMINGTON PARK<br>ONE REMINGTON PLACE<br>OKLAHOMA CITY, OK 73111 | Chris Beam<br>REMINGTON PARK<br>ONE REMINGTON PLACE<br>OKLAHOMA CITY, OK 73111<br>972-237-5163 | SETTLEMENT & SIMULCAST FEES | | 24,818.58 |
| VILLAGE OF MELROSE PARK<br>1000 N. 25TH AVE.<br>MELROSE PARK, IL 60160 | Rose Vasquez<br>VILLAGE OF MELROSE PARK<br>1000 N. 25TH AVE.<br>MELROSE PARK, IL 60160<br>708-343-4000 | WATER & SEWER | | 40,000.00 |
| WOODBINE ENTERTAINMENT<br>BOX 156<br>555 REXDALE BLVD<br>TORONTO ONTARIO/ CANADA M9W 5L2 | Chermain Simon<br>WOODBINE ENTERTAINMENT<br>BOX 156<br>555 REXDALE BLVD<br>TORONTO ONTARIO/ CANADA M9W 5L2<br>416-675-3993 x 2551 | SETTLEMENT & SIMULCAST FEES | | 47,710.17 |
| YONKERS RACEWAY<br>810 CENTRAL AVE<br>YONKERS, NY 10704 | Toni Gallow<br>YONKERS RACEWAY<br>810 CENTRAL AVE<br>YONKERS, NY 10704<br>914-457-2421 | SETTLEMENT & SIMULCAST FEES | | 23,269.12 |

B4 (Official Form 4) (12/07) - Cont.

In re   Maywood Park Trotting Association, Inc.  
                    Debtor(s)

Case No. _____

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  12/23/14          Signature  _/s/ William H. Johnston, III_  
                                                                  William H. Johnston, III  
                                                                 President

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.  
18 U.S.C. §§ 152 and 3571.